UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

WILLIAM DONALD FORTNER,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　No.:　3:11-cv-215

DOCTOR ROBERTS, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the orders of the court. All pending motions are **DENIED** as **MOOT**. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

                                             s/ Thomas W. Phillips
                                             United States District Judge

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
     CLERK OF COURT